IN the INTEREST OF:
A.M.P., a Minor

Petition of: P.H., Father

No. 514 EAL 2017

Supreme Court of Pennsylvania.

December 29, 2017

## ORDER

PER CURIAM

**AND NOW**, this 29th day of December, 2017, the Petition for Allowance of Appeal is **DENIED**.